UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL QUIROZ, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRAETORIAN INSURANCE COMPANY, GLOBAL CLAIMS SERVICES and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No.  5:14-cv-01652 HRL<br><br>**ORDER DISMISSING CASE**<br><br>[Re:  Docket No. 22] |

　　　　The court previously granted defendants' motion to dismiss for lack of subject matter jurisdiction, but nonetheless gave plaintiff until August 25, 2014 to file an amended complaint. That filing deadline has long since passed and no amended pleading has been filed. Accordingly, this matter is dismissed.  The clerk shall close the file.

　　　　**SO ORDERED**.

Dated:   October 14, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:14-cv-01652-HRL Notice has been electronically mailed to:

2   Robert William Kenneth Farrell    farrell@lbbslaw.com, joyce@lbbslaw.com,
3   scurry@lbbslaw.com

4   5:14-cv-01652-HRL Notice sent by U.S. Mail to:

5   Manuel Quiroz, Jr.
    521 Main Street, Suite E
6   Watsonville, CA 95076